IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:15-cv-0744 |
| | ) Judge Aleta A. Trauger |
| ELECTROLUX HOME PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons discussed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Doc. No. 29) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute the judgment in this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge